U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG 3 1 2026
CLERK, U.S. DISTRICT COURT
By [signature] Deputy



# UNITED STATES DISTRICT COURT

for the

Northern District of Texas

__________ Division

Bryan Veness Williams
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Fort Worth Police Department
Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. 4-26CV1073-O
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

**I. The Parties to This Complaint**

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Bryan Veness Williams |
| Street Address | 1513 E. Presidio st. |
| City and County | Fort Worth, Tarrant |
| State and Zip Code | Texas, 76102 |
| Telephone Number | (682) 426-4678 |
| E-mail Address | bw2912875@Gmail.com |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Chief of Police (In official capacity for the |
| Job or Title *(if known)* | Fort Worth Police Department) |
| Street Address | Bob Bolen Public Saftey Complex, 505 W. Felix St. |
| City and County | Fort Worth, Tarrant County |
| State and Zip Code | Texas, 76115 |
| Telephone Number | (817) 392-4200 |
| E-mail Address *(if known)* | FWPD-InternalAffairs@fortworthtexas.gov |

Defendant No. 2

| | |
|---|---|
| Name | Tarrant County Sheriff (In official capacity |
| Job or Title *(if known)* | for the Tarrant County Sheriff's office) |
| Street Address | Tarrant County Plaza, 200 Taylor st. 7th Floor |
| City and County | Fort Worth, Tarrant County |
| State and Zip Code | Texas, 76196 |
| Telephone Number | (817) 884-3099 |
| E-mail Address *(if known)* | SheriffInternalAffairs@tarrantcountytx.gov |

Defendant No. 3

| | |
|---|---|
| Name | Director of the Texas Department of Public Saftey |
| Job or Title *(if known)* | (In official capacity) |
| Street Address | 5805 North Lamar Blvd. |
| City and County | Austin, Travis County |
| State and Zip Code | Texas, 78752 |
| Telephone Number | (512) 424-2000 |
| E-mail Address *(if known)* | error.resolution@dps.texas.gov |

Defendant No. 4

| | |
|---|---|
| Name | Executive Director of the Texas Department of Criminal |
| Job or Title *(if known)* | Justice (TDCJ) (In official capacity) |
| Street Address | 209 West 14th Street |
| City and County | Austin, Travis County |
| State and Zip Code | Texas, 78701 |
| Telephone Number | (936) 295-6371 |
| E-mail Address *(if known)* | exec.director@tdcj.texas.gov |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

- [x] Federal question
- [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. 14th Amendment Due Process Equal Protection, First Amendment (Right to Petition the Government for Redress of Grievances) 42 U.S.C.§ 1983 (Civil Rights Act of 1871) - Civil Action for Deprivation of Rights
28 U.S.C. § 1331, 28 U.S.C. § 2201 & 2202

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

a. If the plaintiff is an individual

The plaintiff, *(name)* ________________, is a citizen of the State of *(name)* ________________.

b. If the plaintiff is a corporation

The plaintiff, *(name)* ________________, is incorporated under the laws of the State of *(name)* ________________, and has its principal place of business in the State of *(name)* ________________.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

a. If the defendant is an individual

The defendant, *(name)* ________________, is a citizen of the State of *(name)* ________________. Or is a citizen of *(foreign nation)* ________________.

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

_______________ DIVISION

BRYAN VENESS WILLIAMS
Plaintiff

v.

THE CITY OF FORT WORTH, et al.,
Defendant

4-2[illegible]73-O
Case Number

ORAL ARGUMENT REQUESTED

## PLAINTIFF'S EMERGENCY MOTION FOR A PLIMINARY INJUNCTION

NOW COMES the Plaintiff, Bryan Veness Williams, proceeding pro se, and respectfully moves this Court for an Emergency Preliminary Injunction pursuant to Rule 65 of the Federal Rules of Civil Procedure. Plaintiff request an order restraining and enjoining the Defendants from enforcing penal restrictions or sex offender registry tracking against him based on a corrupted, fraudulent data base track. In support

*Attach additional pages as needed

Date: August 31, 2026

Signature: Bryan Veness Williams

Print Name: Bryan Veness Williams

Address: 1513 E. Presidio st.

City, State, Zip: Fort Worth, Texas 76102

Telephone: (682) 426-4678

*Additional Page(s)

of this Motion, Plaintiff states as follows:

## I. INTRODUCTION & NATURE OF THE EMERGENCY

This motion is brought under the First and Fourteenth Amendments to the U.S. Constitution and 42 U.S.C. § 1983. Plaintiff is currently subjected to invasive, locationtracked penal supervision and restrictive sex offender registration requirements based entirely on a historically corrupted, fraudulent state database profile under the alias "Brian V. Williams."

Because the state has forced this fraudulent profile onto Plaintiff's active person—creating an immediate and ongoing deprivation of his constitutional liberties—emergency intervention is required.

## II. INCORPORATION OF THE STATEMENT OF FACTS

Plaintiff hereby incorporates by reference the full chronological Statement of Claim and Rendition of Facts set forth in Section III of his concurrently filed Pro Se 1 Civil Complaint, as if fully set forth herein.

## III. LEGAL STANDARD AND ARGUMENT

To obtain a preliminary injunction, a plaintiff must establish four distinct elements. Plaintiff cleanly ~~satisfies~~ satisfies all four requirements:

1. Strong likelihood of Success on the Merits: Plaintiff possesses goverment-certified physical evidence that conclusively exposes the database fracture. This includes an official TDCJ ID card displaying two conflicting names under a single CID number, a notarized pre-arrest 2019 W-2 form, and an official IRS Identity

*Additional Page(s)

Theft Notification Letter proving his true credentials were fundamentally compromised by Federal Fraud.

2. Immediate and Irreparable Harm: Absent an immediate injunction, Plaintiff suffers irreversible constitutional injuries every single day. The deprivation of constitutional liberties under 14th Amendment and the stigma of an innaccurate, forced sex offender registry track constitute immediate, ongoing irreparable harm that cannot be remedied by monetary damages alone.

3. The Public Interest: The public interest is profoundly served by ensuring the integrity and accuracy of law enforcement databases. The pubic has an overarching interest in preventing state and local agencies from tracking, restricting, or penalizing citizens based on biometrically split or identity-compromised records.

IV. CONCLUSION & RELIEF SOUGHT

WHEREFORE, Plaintiff Bryan Veness Williams respectfully request that this Court GRANT this Emergency Motion and issue a Preliminary Injunction ordering the following relief:

- Enjoining the Defendants from enforcing any penal, supervision, or registry restrictions against Plaintiff based on the fraudulent 1996 "Brian V Williams" track;
- Ordering the Texas DPS Error Resolution Unit and TDCJ to execute a biometric audit to merge Plaintiffs accurate profile and purge the corrupted history;
- Granting any such further equitable relief as this Court deems just and proper.

*Additional Page(s)

August 31, 2026

Respectfully submitted,

Bryan Veness Williams, Pro Se
1513 E. Presidio st. Fort Worth, Texas 76102
bw2912875@gmail.com
(682) 426-4678

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion and attached Exhibits (A through E) will be formally served upon each of the named Defendants via the standard process server or U.S. Certified Mail following the Clerk's issuance of the official summons.

Bryan Veness Williams, Plaintiff Pro Se

# Exhibit A

## IRS Identity Theft Letter

IRS Department of the Treasury
Internal Revenue Service

Kansas City Service Center
Kansas City MO 64999

In reply refer to: REDACTED
July 11, 2025 LTR REDACTED 0
* 000000 00
Input Op: REDACTED
B(

BRYAN WILLIAMS
REDACTED AVE
FT WORTH TX REDACTED

019663

HOWARD LAVORNE CROSSLEY, JR.
Notary Public, State of Texas
Comm. Expires 10-21-2026
Notary ID 134027818

Bryan Williams Aug 19, 20
Bryan Williams

Dear Taxpayer:

Your assigned Identity Protection Personal Identification Number (IP PIN) is REDACTED Your IP PIN is valid for all federal tax returns that you file during calendar year 2025 which includes prior tax year returns.

Keep this with your tax records.

The IP PIN helps verify that a federal income tax return filed with your Social Security number (SSN) or individual taxpayer identification number (ITIN) was filed by you. This process helps us protect victims of identity theft by preventing the misuse of their SSN or ITIN on fraudulent federal income tax returns.

Use your IP PIN to confirm your identity on your current federal tax return and any prior year federal tax returns. If you don't, the processing of your federal tax return could be rejected or delayed. Don't confuse the 6-digit IP PIN with the 5-digit Electronic Filing PIN.

You'll need to enter the IP PIN on all federal tax returns.

- If you're filing electronically, your tax software or preparer will tell you when and where to enter your IP PIN (and those for your spouse and dependents, if applicable).
- If you're filing a paper return, enter your IP PIN in the box marked "Identity Protection PIN."

Protect your IP PIN. Don't give your IP PIN to anyone other than a tax professional preparing and filing your federal tax return. When calling the IRS or visiting an IRS office, your IP PIN isn't accepted as proof of your identity.

We'll mail you a new IP PIN each year by mid-January; therefore, it's very important to keep your mailing address updated. If you change your your mailing address, please file Form 8822, Change of Address. Find tax forms or publications by visiting IRS.gov/forms or calling 800-TAX-FORM (800-829-3676).

The IRS doesn't initiate contact with taxpayers by email, text messages, or social media channels to request personal or financial

# Exhibit B

Notarized 2019 W-2
form

Copy C To Be Filed With Employee's FEDERAL Tax Return — 2019 — OMB No. 1545-0008

| | | |
|---|---|---|
| a Employee's social security number REDACTED 5354 | 1 Wages, tips, other comp. 6284.92 | 2 Federal income tax withheld 995.63 |
| b Employer ID number REDACTED | 3 Social security wages 6284.92 | 4 Social security tax withheld 389.67 |
| | 5 Medicare wages and tips 6284.92 | 6 Medicare tax withheld 91.13 |

c Employer's name, address and ZIP code

United Staffing Management LLC
1300 Woodway Drive

Hurst, TX 76053

d Control Number REDACTED 900 WILLIAMS BRYAN

e Employee's first name and initial Last name

BRYAN V WILLIAMS
REDACTED
Fort Worth, TX REDACTED

f Employee's address, and ZIP code

| | | |
|---|---|---|
| 7 Social security tips | 8 Allocated tips | 9 |
| 10 Dependent care benefits | 11 Nonqualified plans | 12a Code |
| 13 Statutory employee | 14 Other | 12b Code |
| Retirement plan | | 12c Code |
| 3rd party sick pay | | 12d Code |
| 15 State Emplr.'s state I.D. # | 16 State wages, tips, etc. | 17 State income tax |
| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

Form W-2 Wage and Tax Statement — Dept. of the Treasury - IRS
This information is being furnished to the Internal Revenue Service

Copy C For EMPLOYEE'S RECORDS (See Notice to Employee on back of Copy B.) — 2019 — OMB No. 1545-0008

| | | |
|---|---|---|
| a Employee's social security number REDACTED-5354 | 1 Wages, tips, other comp. 6284.92 | 2 Federal income tax withheld 995. |
| b Employer ID number REDACTED | 3 Social security wages 6284.92 | 4 Social security tax withheld 389. |
| | 5 Medicare wages and tips 6284.92 | 6 Medicare tax withheld 91. |

c Employer's name, address, and ZIP code

United Staffing Management LLC
1300 Woodway Drive

Hurst, TX 76053

d Control Number REDACTED 900 WILLIAMS BRYAN

e Employee's first name and initial Last name

BRYAN V WILLIAMS
REDACTED
Fort Worth, TX REDACTED

f Employee's address, and ZIP code

| | | |
|---|---|---|
| 7 Social security tips | 8 Allocated tips | 9 |
| 10 Dependent care benefits | 11 Nonqualified plans | 12a Code |
| 13 Statutory employee | 14 Other | 12b Code |
| Retirement plan | | 12c Code |
| 3rd party sick pay | | 12d Code |
| 15 State Emplr.'s state I.D. # | 16 State wages, tips, etc. | 17 State income tax |
| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

Form W-2 Wage and Tax Statement — Dept. of the Treasury -
This information is being furnished to the IRS. If you are required to file a tax return, a negl penalty/other sanction may be imposed on you if this income is taxable and you fail to repo

Bryan Williams 8/24/2026
Bryan Williams

Extra Employee Copy — 2019 — OMB No. 1545-0008

| | | |
|---|---|---|
| a Employee's social security number REDACTED | 1 Wages, tips, other comp. 6284.92 | 2 Federal income tax withheld 995.63 |
| b Employer ID number REDACTED | 3 Social security wages 6284.92 | 4 Social security tax withheld 389.67 |
| | 5 Medicare wages and tips 6284.92 | 6 Medicare tax withheld 91.13 |

c Employer's name, address, and ZIP code

United Staffing Management LLC
1300 Woodway Drive

Hurst, TX 76053

d Control Number REDACTED 900 WILLIAMS BRYAN

e Employee's first name and initial Last name

BRYAN V WILLIAMS
REDACTED
Fort Worth, TX REDACTED

f Employee's address, and ZIP code

| | | |
|---|---|---|
| 7 Social security tips | 8 Allocated tips | 9 |
| 10 Dependent care benefits | 11 Nonqualified plans | 12a Code |
| 13 Statutory employee | 14 Other | 12b Code |
| Retirement plan | | 12c Code |
| 3rd party sick pay | | 12d Code |
| 15 State Emplr.'s state I.D. # | 16 State wages, tips, etc. | 17 State income tax |
| 18 Local wages, tips, etc | 19 Local income tax | 20 Locality name |

Form W-2 Wage and Tax Statement — Dept. of the Treasury - IRS

Extra Employee Copy — 2019 — OMB No. 1545-00

| | | |
|---|---|---|
| a Employee's social security number REDACTED | 1 Wages, tips, other comp 6284.92 | 2 Federal income tax withh 995.6 |
| b Employer ID number REDACTED | 3 Social security wages 6284.92 | 4 Social security tax withhe 389.6 |
| | 5 Medicare wages and tips 6284.92 | 6 Medicare tax withheld 91.1 |

c Employer's name, address, and ZIP code

United Staffing Management LLC
1300 Woodway Drive

Hurst, TX 76053

d Control Number REDACTED 900 WILLIAMS BRYAN

e Employee's first name and initial Last name

BRYAN V WILLIAMS
REDACTED
Fort Worth, TX REDACTED

f Employee's address, and ZIP code

| | | |
|---|---|---|
| 7 Social security tips | 8 Allocated tips | 9 |
| 10 Dependent care benefits | 11 Nonqualified plans | 12a Code |
| 13 Statutory employee | 14 Other | 12b Code |
| Retirement plan | | 12c Code |
| 3rd party sick pay | | 12d Code |
| 15 State Emplr.'s state I.D. # | 16 State wages, tips, etc | 17 State income tax |
| 18 Local wages, tips, etc | 19 Local income tax | 20 Locality name |

Form W-2 Wage and Tax Statement — Dept. of the Treasury - IR

8/24/2026

JUSTIN CURTIS
My Notary ID # 129337458
Expires March 8, 2029

# Exhibit C

Dual-name TDCJ
Identity card




Bryan Williams

Bryan Williams

8/26/2026

HOWARD LAVORNE CROSSLEY, JR.
Notary Public, State of Texas
Comm. Expires 10-21-2026
Notary ID 134027818

# Exhibit D

Notarized Texas DPS
error resolution email Printout

Certified Copy Notary Statement

State of Texas

County of Tarrant

On this 30 day of August, 2026, I certify that the preceding or attached document, is a true, exact, complete, and unaltered copy made by me of (description of document), presented to me by the document's custodian, Bryan Veness Williams, and that, to the best of my knowledge, the photocopied document is neither a public record nor a publicly recordable document, certified copies of which are available from an official source other than a notary.

LEAH MEZA
My Notary ID # 134853979
Expires April 16, 2028

NOTARY PUBLIC STATE OF TEXAS

(Personalized Seal)

Notary Public's Signature

Document Description:

Request for Identity Misuse Audit/Split Profile Correction-TDCJ CID

Gmail

Bryan W. <bw2912875@gmail.com>

# Request for Identity Misuse Audit/ Split Profile Correction - TDCJ CID

1 message

**Bryan W.** <bw2912875@gmail.com>
To: error.resolution@dps.texas.gov

Tue, Aug 25, 2026 at 4:03 AM

Dear Texas DPS Criminal History Error Resolution Unit,My name is Brian V. Williams. I am a released individual currently out of custody, and I am writing to formally request an administrative audit and biometric merge of my Texas criminal history records due to a severe database split and documented identity fraud.My state records were fragmented due to a clerical error during my 2019 arrest in Tarrant County, which created an inaccurate "ghost profile" with severe name and Social Security Number typos. This resulted in the issuance of a new TDCJ CID number that contradicts my original, long-standing historical record dating back to a 1996 conviction under my correct legal identity.To support my request for an immediate review and profile merge, I have attached the following official, notarized documentation to this email:Official IRS Identity Theft Notification Letter: Confirming that the federal government intercepted active identity and tax fraud targeting my true credentials during the timeline of my incarceration.Notarized 2019 W-2 Form: Serving as my verified, uncorrupted federal identity baseline (proving my correct name spelling and true Social Security Number) immediately prior to the 2019 booking.Official TDCJ Identification Card: Visually demonstrating the state's internal database corruption by displaying two conflicting names (Brian V. Williams and Bryan Veness Williams) printed on a single physical card under the new CID number.Please initiate an administrative review to locate my original 1996 State Identification (2364138) history, biometrically merge these split accounts, and purge the fraudulent typo data from my master record.Thank you for your immediate attention to this matter. I can be reached via this email address or at the phone number listed below.Sincerely,Brian V. Williams[682-426-4678][1513 E. Presidio St. Fort Worth, Tx. 76102]Date of Birth: [07/31/1976]

**3 attachments**



**IMG_20260823_162514.jpg**
509K

Bryan Veness Williams
Bryan Veness Williams
8/30/2026




**IMG_20260823_162529.jpg**
424K



**IMG_20260824_204342.jpg**
618K

# Exhibit E

Notarized TDCJ open records
email / submission printout

Certified Copy Notary Statement

State of Texas

County of Tarrant

On this 30 day of August, 2026, I certify that the preceding or attached document, is a true, exact, complete, and unaltered copy made by me of (description of document), presented to me by the document's custodian, Bryan Veress Williams, and that, to the best of my knowledge, the photocopied document is neither a public record nor a publicly recordable document, certified copies of which are available from an official source other than a notary.

LEAH MEZA
My Notary ID # 134853979
Expires April 16, 2028

(Personalized Seal)

Notary Public's Signature

Document Description:

Request for Comprehensive Booking Intake, and Diagnostic History-Split Profile Audit

Gmail

Bryan W. <bw2912875@gmail.com>

# Request for Comprehensive Booking Intake, and Diagnostic History-Split Profile Audit

1 message

**Bryan W.** <bw2912875@gmail.com> Sun, Aug 23, 2026 at 5:15 PM
To: PIA@tdcj.texas.gov

Dear Public Information Officer,
Pursuant to the Texas Public Information Act (Texas Government Code Chapter 552), I am formally requesting a full disclosure and production of all administrative, booking intake, and diagnostic records associated with my physical identity and incarceration history.
Specifically, my state records suffer from a severe database split stemming from a clerical error during my 2019 arrest booking in Tarrant County. This error created a dual name "ghost profile" that fractured my record - keeping away from my original Texas history baseline, which dates back to 1996 conviction in Tarrant County.
To properly reconcile this record corruption, I am requesting the complete unredacted file histories for both of the following profile tracts.
1. All records under CID 2364138, tracking the name variations Brian V. Williams and Bryan Veness Williams.
2. All archived records, committed papers, and fingerprint files associated with my original 1996 Tarrant County Conviction and it's corresponding historical CID under my true name, Bryan Veness Williams.
All original Intake sheets, booking mugshots, and Diagnostic summaries.
Complete Inmate
Mail Logs covering my entire period of incarceration since 2019 (to document intercepted IRS Form 3911 federal correspondence).
Any internal administrative flags, alias cross-references, or record-merge notes regarding my life.
This information is required for an active legal matter regarding identity fraud reconciliation. I am requesting these documents electronically.

Sincerely
Brian V. Williams
(682) 426-4678
bw2912875@gmail.com

Bryan Veness Williams
Bryan Veness Williams
8/30/2026

b. If the defendant is a corporation

The defendant, *(name)* ______________________, is incorporated under the laws of the State of *(name)* ______________________, and has its principal place of business in the State of *(name)* ______________________.
Or is incorporated under the laws of *(foreign nation)* ______________________,
and has its principal place of business in *(name)* ______________________.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

______________________________________________

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

1. June 29, 2019 I was arrested under a typo name Brian V. Williams and was booked in Tarrant County Jail, sentenced to 3 years TDCJ, And discovered after filing a 3911 form Impact Payment Form twice in Tarrant County & TDCJ. That I was a victim of identity theft, log a split profile away from my 1996 baseline. Creating a dual name "Ghost Profile" while active federal tax fraud compromised my social security number. 2. The data base corruption has subjected me to improper Penal tracking, restricting my liberty under the 14th Amendment, and interfered with my federal relief.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. Plaintiff request an order directing Defendants to immediately cease tracking or enforcing penal terms against fraudulent identity variation, biometrically merge the split files back into the 1996 baseline and correct all associated state records.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: August 31, 2026

Signature of Plaintiff: Bryan Veness Williams

Printed Name of Plaintiff: Bryan Veness Williams

### B. For Attorneys

Date of signing: August 31, 2026

Signature of Attorney: Bryan Veness Williams (Plaintiff) ProSe

Printed Name of Attorney: Bryan Veness Williams

Bar Number:

Name of Law Firm:

Street Address: 1513 E. Presidio st.

State and Zip Code: Texas, 76102

Telephone Number: (682) 426-4678

E-mail Address: bw2912875@gmail.com

RECEIVED
August 31, 2026
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

JS 44 (Rev. 10/20) - TXND (10/20)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS** Williams Bryan V

**(b)** County of Residence of First Listed Plaintiff: Tarrant
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Bryan Veness Williams, Pro Se (Plaintiff) 1513 E. Presidio St. Fort Worth, Tx. 76102
(682) 426-4678

**DEFENDANTS** City of Fort Worth (Fort Worth Police Department)

County of Residence of First Listed Defendant: Tarrant
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

4:26-cv-1073-O

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [X] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

**REAL PROPERTY**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury
- [ ] 362 Personal Injury - Medical Malpractice

PERSONAL INJURY
- [ ] 365 Personal Injury - Product Liability
- [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

**CIVIL RIGHTS**
- [X] 440 Other Civil Rights
- [ ] 441 Voting
- [ ] 442 Employment
- [ ] 443 Housing/ Accommodations
- [ ] 445 Amer. w/Disabilities - Employment
- [ ] 446 Amer. w/Disabilities - Other
- [ ] 448 Education

**PRISONER PETITIONS**

Habeas Corpus:
- [ ] 463 Alien Detainee
- [ ] 510 Motions to Vacate Sentence
- [ ] 530 General
- [ ] 535 Death Penalty

Other:
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition
- [ ] 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 690 Other

**LABOR**
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Management Relations
- [ ] 740 Railway Labor Act
- [ ] 751 Family and Medical Leave Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Employee Retirement Income Security Act

**IMMIGRATION**
- [ ] 462 Naturalization Application
- [ ] 465 Other Immigration Actions

**BANKRUPTCY**
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 835 Patent - Abbreviated New Drug Application
- [ ] 840 Trademark
- [ ] 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- [ ] 375 False Claims Act
- [ ] 376 Qui Tam (31 USC 3729(a))
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 480 Consumer Credit (15 USC 1681 or 1692)
- [ ] 485 Telephone Consumer Protection Act
- [ ] 490 Cable/Sat TV
- [ ] 850 Securities/Commodities/ Exchange
- [ ] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 893 Environmental Matters
- [ ] 895 Freedom of Information Act
- [ ] 896 Arbitration
- [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- [ ] 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause: 42 U.S.C. § 1983 injunction to correct unconstitutional state database profile corruption and identity split violation 1st and 14th Amendment Due Process.

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ Injunctive Relief

CHECK YES only if demanded in complaint:
JURY DEMAND: [X] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY

*(See instructions)*: JUDGE ____ DOCKET NUMBER ____

DATE August 31, 2026 SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # ____ AMOUNT ____ APPLYING IFP ____ JUDGE ____ MAG. JUDGE ____

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.(a) Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

**(b) County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

**(c) Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II. Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

**III. Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV. Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

**V. Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

**VI. Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service.

**VII. Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII. Related Cases.** This section of the JS 44 is used to reference related cases, if any. If a related case exists, whether pending or closed, insert the docket numbers and the corresponding judge names for such cases. A case is related to this filing if the case: 1) involves some or all of the same parties and is based on the same or similar claim; 2) involves the same property, transaction, or event; 3) involves substantially similar issues of law and fact; and/or 4) involves the same estate in a bankruptcy appeal.

**Date and Attorney Signature.** Date and sign the civil cover sheet.